FILED

JAN 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-0490-01 MAG |
| ) | |
| Wayne S. Randunz ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ January 9, 2007 _____ be continued until _____ April 10, 2007 _____ at _____ 10:30 a.m. _____ .

Date: 1/4/07

_____
Elizabeth D. Laporte
United States Magistrate Judge

NDC-PSR-009 12/06/04

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

WAYNE S. RANDUNZ et al,

        Defendant.
_____/

Case Number: CR06-00490 MAG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Paul Blank
Federal Public Defender's Office
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

Derek R Owens
U.S. Attorney's Office
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

Cheryl L. Simone
U.S. Probation
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

Dated: January 4, 2007

                                        Richard W. Wieking, Clerk
                                        By: Lili M. Harrell, Deputy Clerk